ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Environmental Chemical Corporation | ) | ASBCA Nos. 60227, 60228, 60229 |
| | ) | 60230, 60231, 60232 |
| | ) | |
| Under Contract No. FA8903-06-D-8511 | ) | |

APPEARANCES FOR THE APPELLANT:      R. Dale Holmes, Esq.
                                    Michael A. Richard, Esq.
                                      Cohen Seglias Pallas Greenhall & Furman PC
                                      Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Phillip E. Reiman, Esq.
                                    Capt Ryan P. Payne, USAF
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 January 2018

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60227, 60228, 60229, 60230, 60231, 60232, Appeals of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals